Certificate Number: 02921-PAM-DE-033618465

Bankruptcy Case Number: 19-04090


02921-PAM-DE-033618465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2019</u>, at <u>2:10</u> o'clock <u>PM EDT</u>, <u>Suzanne L. Debo</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 29, 2019</u>           By:   <u>/s/Joan B Reading</u>

                                        Name: <u>Joan B Reading</u>

                                        Title: <u>President</u>