```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-04090-HWV
Suzanne L Debo                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: DaneishaD    Page 1 of 1    Date Rcvd: Dec 20, 2019
                  Form ID: pdf010    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
    +Mr. Richard D. Fairbank, Chairman & CEO Capital On,   1680 Capital One Drive,   McLean, VA 22102-3407
    +Robert L. Baroska, Esq.,   Hayt, Hayt, Landau, LLC,   2 Industrial Way W,   P.O. Box 500,   Eatontown, NJ 07724-0500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 19:36:56    Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23286-0001
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:
    Donald   Zagurskie   on behalf of Debtor 1 Suzanne L Debo jzmlawbecky@nmax.net, jzmlawoffice@gmail.com
    James   Warmbrodt   on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
    Leon P. Haller (Trustee)   lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.axosfs.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| SUZANNE L. DEBO | : | Bankruptcy No. 1-19-bk-04090-HWV |
| Debtor | : | |
| vs. | : | Mifflin County Civil Action |
| | : | No. CP-44-CV-172-2013 |
| CAPITAL ONE BANK | : | |
| Respondent | : | Lien avoidance |

# ORDER

    AND NOW, in consideration of the within Motion for Lien Avoidance filed by counsel for Debtor, the Court finds the Respondent, Capital One Bank, has failed to file an answer or otherwise plead to the Motion for an Order Avoiding Judicial Lien and duly served upon the Respondent and, therefore, the Court orders judgment by default in favor of Debtor, Suzanne L. Debo, and against the Respondent, Capital One Bank, as to the relief requested in the Motion.

    IT IS HEREBY ORDERED, adjudged and decreed that the judgment lien held by the Respondent, Capital One Bank, as above captioned, on the Debtor's real estate is hereby declared void in its entirety and of no further force and effect.

    ORDERED AND DECREED that a copy of this Order may be filed with the Prothonotary of Mifflin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: December 20, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)